1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   MARY P. PARNOW, CSBN 174980
4  Special Assistant United States Attorney
        333 Market Street, Suite 1500
5       San Francisco, CA  94105
        Telephone: (415) 977-8928
6       Facsimile: (415) 744-0134
        E-Mail: mary.parnow@ssa.gov
7
   Attorneys for Defendant
8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                        EASTERN DIVISION

12
   SHARON GREEN,                    )
13                                  )    NO. EDCV 08-00796 SJO (AJW)
                                    )
14                Plaintiff,        )
                                    )    ORDER OF REMAND
15  vs.                             )
                                    )
16  MICHAEL J. ASTRUE,              )
    Commissioner of                 )
17  Social Security                 )
                                    )
18                Defendant.        )
                                    )
19 ─────────────────────────────────)

20      Based upon the parties' Stipulation to Voluntary Remand pursuant to Sentence

21 6 of 42 U.S.C. § 405(g) ("Stipulation for Remand"), and for cause shown,  IT IS

22 ORDERED that the above-captioned action is remanded to the  Commissioner of

23 Social Security for further proceedings consistent with the terms of the Stipulation for

24 Remand.

25 DATED: _____10/29/08_____          /S/ S. James Otero

26                                  _____

27                                  S. JAMES OTERO
                                    UNITED STATES DISTRICT JUDGE
28