**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **SHARON GREEN,** ) | |
| ) | |
| **Plaintiff,** ) | Case No. EDCV08-00796 AJW |
| ) | |
| v. ) | |
| ) | **J U D G M E N T** |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the Social** ) | |
| **Security Administration,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**IT IS ADJUDGED** that the Commissioner's decision is **affirmed.**

August 5, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge